■ EVELYN R. PEIZER, Respondent, v ARTHUR PEIZER, Appellant.—In a matrimonial action in which a judgment of divorce, as amended, required defendant to make alimony and child support payments, defendant appeals from an order of the Supreme Court, Queens County, dated March 4, 1976, which, *inter alia,* adjudged him to be in contempt of court for failing to comply with the alimony and child support provisions of the amended judgment, fined him $1,320 and awarded plaintiff a counsel fee. Order affirmed, with $50 costs and disbursements. (See *Shanley v Shanley,* 275

App Div 775; *Gargiulo v Gargiulo,* 18 AD2d 1013.) Defendant's time to purge himself of the contempt is extended until 15 days after service upon him of a copy of the order to be made hereon, together with notice of entry thereof. Hopkins, J. P., Rabin, Shapiro and O'Connor, JJ., concur.